UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Weronika Janczuk,

               Plaintiff,

     -against-

Federal Communication Commission et al,

           Defendants.

24cv2445 (LTS)

CIVIL JUDGMENT

For the reasons stated in the August 6, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    August 6, 2024
           New York, New York

                     /s/ Laura Taylor Swain
                      LAURA TAYLOR SWAIN
              Chief United States District Judge